United States District Court
Southern District of Texas
**ENTERED**
January 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAQUEL VEGA MARTINEZ d/b/a AIRLINE INSURANCE and HUGO VEGA, § § § Plaintiffs, § § v. § CAPITAL ONE, N.A., § § Defendant. § | § § § § § § § § § § § | CIVIL ACTION NO. H-22-2767 |

## **FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant Capital One, N.A.'s Motion to Strike and Dismiss Plaintiffs' Amended Petition (Docket Entry No. 15), this action is **DISMISSED without prejudice**.

Costs will be taxed against the Plaintiffs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 17th day of January, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE